UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

DAVID HAMILTON, individually &
on behalf of all similarly situated,

    Plaintiff(s),

                                      Case Number 1:15-CV-1290-ATB

v.

G.W. PEOPLES CONTRACTING CO., INC.,

    Defendant.
_____/

### Stipulation of Dismissal

The parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to dismiss the action with prejudice.

Respectfully submitted this 20th day of January, 2017,

| | |
|---|---|
| /s/ *Bernard R. Mazaheri* | /s/ *Tony J. Thompson* |
| Bernard R. Mazaheri (No. 519601) | Tony J. Thompson (PA Bar No. 204609) |
| Morgan & Morgan | Chad I. Michaelson (PA Bar No. 88725) |
| 333 W Vine St Ste 1200 | Meyer, Unkovic & Scott, LLP |
| Lexington, Kentucky 40507 | 535 Smithfield St Ste 1300 |
| Telephone: 859-219-4529 | Pittsburgh, Pennsylvania 15222 |
| bmazaheri@forthepeople.com | Telephone: 412-456-2800 |
| | tjt@muslaw.com |
| Counsel for the Plaintiff(s) | cim@muslaw.com |

Joseph M. Dougherty (No. 515968)
Hinman & Struab, P.C.
121 State Street
Albany, New York 12207
Telephone: 518-436-0751
jdougherty@hinmanstraub.com

Counsel for Defendant

IT IS SO ORDERED:

*/s/ Andrew T. Baxter*
Andrew T. Baxter
U.S. Magistrate Judge

Dated: January 20, 2017
      Syracuse, NY